Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

LaShondra Buckridge
)
)
)
)

Case No. 2:26-cv-925-KCD-NPM

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☑Yes ☐No

-v-

Advent Health Corporate

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                LaShondra Buckridge
Street Address      4023 Henley Road
City and County     Orlando / Orange
State and Zip Code  Florida 32839
Telephone Number    689 899 1209
E-mail Address      lashondrabuckridge @ outlook.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name      Advent Health Corporate

Job or Title *(if known)*      Human Resources

Street Address      900 Hope Way

City and County      Altamonte Springs / Seminole County

State and Zip Code      Florida 32714

Telephone Number      407.357.1000

E-mail Address *(if known)*      adventhealth.com

Defendant No. 2

Name      Advent Health Corporate

Job or Title *(if known)*      Legal Department

Street Address      900 Hope Way

City and County      Altamonte Springs / Seminole County

State and Zip Code      Florida 32714

Telephone Number      407.357.1000

E-mail Address *(if known)*      adventhealth.com

Defendant No. 3

Name      Advent Health Corporate

Job or Title *(if known)*      David Banks (CEO)

Street Address      900 Hope Way

City and County      Altamonte Springs / Seminole County

State and Zip Code      Florida 32714

Telephone Number      407.357.1000

E-mail Address *(if known)*      adventhealth.com

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Advent Health |
| Street Address | 1601 E. Rollins Street |
| City and County | Orlando / Orange |
| State and Zip Code | Florida  32803 |
| Telephone Number | 407. 303. 5600 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

Slander & under FmLA no cobra coverage

☐ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☑ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☐ Retaliation.

☐ Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

December 2024

C.    I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race        black

☐ color       _____

☐ gender/sex  _____

☐ religion    _____

☐ national origin _____

☑ age *(year of birth)*   1976   *(only when asserting a claim of age discrimination.)*

☑ disability or perceived disability *(specify disability)*

health issue that happened at Advent Health @ no fault of my own

E.    The facts of my case are as follows.  Attach additional pages if needed.

→ have added additional pages

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.       It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

filed an EEOC ( when federal reopened)

B.       The Equal Employment Opportunity Commission *(check one)*:

☒       has not issued a Notice of Right to Sue letter.

☐       issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.       Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐       60 days or more have elapsed.

☒       less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     03/23/2026

Signature of Plaintiff     _____

Printed Name of Plaintiff     Lashondra Bucknadge

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT

### for the

_____ District of _____

_____ Division

La Shondra Buckridge
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Advent Health Corporate
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑Yes  ☐No

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | La Shondra Buckridge |
| Street Address | 4023 Henley Road |
| City and County | Orlando / Orange |
| State and Zip Code | Florida 32839 |
| Telephone Number | 689 899 1209 |
| E-mail Address | lashondra.buckridge @ outlook.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1

Name                          Advent Health Corporate

Job or Title (if known)       Human Resources

Street Address                900 Hope Way

City and County               Altamonte Springs / Seminole County

State and Zip Code            Florida 32714

Telephone Number              407. 357. 1000

E-mail Address (if known)     adventhealth.. com

Defendant No. 2

Name                          Advent Health Corporate

Job or Title (if known)       David Banks

Street Address                900 Hope Way

City and County               Altamonte Springs / Seminole County

State and Zip Code            Florida 32714

Telephone Number              407. 357. 1000

E-mail Address (if known)     advent health. com

Defendant No. 3

Name                          Advent Health Corporate

Job or Title (if known)       Legal Department

Street Address                900 Hope Way

City and County               Altamonte Springs / Seminole County

State and Zip Code            Florida 32714

Telephone Number              407 357 1000

E-mail Address (if known)     advent health. com

Defendant No. 4

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

Page 2 of 6

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

**C.** **Place of Employment**

The address at which I am employed or was employed by the defendant(s) is

Name _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

## II. Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

☑ Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.

☐ Relevant state law

☐ Relevant city or county law

## III. Statement of Claim

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Nature of employer's business:

Advent Health Corporate

B. Dates of employment:

07/10/2023 – 12/04/25

C. Employee's job title and a description of the kind of work done:

EVS / Customer Service Relations / Pathology

D. Rate, method, and frequency of wage payment:

$17.00 hr.   bi-weekly pay

Page 3 of 6

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

E.      Number of hours actually worked each week in which a violation is claimed:

F.      Description of the alleged violation(s) *(check all that apply)*:

☐      Failure to pay the minimum wage *(explain)*

☐      Failure to pay required overtime *(explain)*

☑      Other violation(s) *(explain)*

Failure to pay two years of "PDO"

G.      Date(s) of the alleged violation(s):

December 2024

H.      Additional facts:

See Demand Letter

Page 4 of 6

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please read Demand Letter

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   03/23/2026

Signature of Plaintiff   _JHB_

Printed Name of Plaintiff   Lashondra Buckridge

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Name of Law Firm                        _____

Street Address                           _____

State and Zip Code                       _____

Telephone Number                         _____

E-mail Address                           _____